WALTER WYAHLLYETH *v.* MARGARET E.
WYAHLLYETH

[No. 29, April Term, 1943.]

*Decided June 2, 1943.*

The cause was argued before SLOAN, C. J., DELAPLAINE, COLLINS, MARBURY, GRASON, MELVIN, and ADAMS, JJ.

*Jere L. Santry* for the appellant.

The court declined to hear argument for the appellee, but *Irving D. Grandberg* appeared on the brief for the appellee.

COLLINS, J., delivered the opinion of the Court.